UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and STATESBORO DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR111-360, USA v. Diaz, et al |
| OF ABSENCE REQUEST | ) | CR120-017, USA v. Thomas |
| | ) | CR120-043, USA v. Jackson |
| KELSEY L. SCANLON | ) | CR120-056, USA v. Youngblood |
| | | CR122-091, USA v. Hubert |
| | | CR124-041, USA v. Porter, Jr. |
| | | CR124-064, USA v. Allen |
| | | CR125-015, USA v. Ealy |
| | | CR619-014, USA v. Solano-Gonzalez |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Kelsey L. Scanlon** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Kelsey L. Scanlon be granted leave of absence for the following period: April 7, 2025 through April 11, 2025 and July 10, 2025 through July 21, 2025.

**SO ORDERED**, this 2nd day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA