UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-CR-64 |
| | ) | |
| ANTONIO PEREZ ALLEN | ) | |
| | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about May 16, 2025, Antonio Perez Allen (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g)(1) (Doc. 28);

WHEREAS, on June 11, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- A HS Produkt (Springfield Armory) Echelon 9 mm, semi-automatic pistol, S/N BE261478;

- A HS Produkt (Springfield Armory) ZD-9, 9 mm, semi-automatic pistol, S/N BA674347;

- A Mossberg 500, 12 gauge pumpaction shotgun, S/N U952373[1];

- A Taurus 85 UltraLite, .38 caliber revolver, S/N KS91844;

- A Smith & Wesson MP-15, .223 caliber rifle, S/N TE22400; and

- Any and all associated ammunition

---

[1] The Preliminary Order of Forfeiture (Doc. 31) incorrectly stated the serial number as U952378; however, the correct serial number of U952373 was used in the Plea Agreement (Doc. 28), the Declaration of Publication (Doc. 38-1 at 1), and is accurately reflected above.

(the "Subject Property") was property forfeitable to the United States (Doc. 31);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning June 13, 2025, through and including July 12, 2025 (Docs. 38 and 38-1 at 3); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

SO ORDERED this 6th day of October 2025.

_____
J. RANDAL HALL
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA